Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax
Email: gary_colbath@fd.org

Counsel for Defendant Mathew Moi

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JORDAN JEROME SHANHOLTZER, a/k/a "Two-3", a/k/a "23"; MATTHEW WILSON MOI, a/k/a "Matt Matt"; KENNETH ANTONIO KIARE FORD, a/k/a "Keyes", MYRICK ANTHONI ELLIOTT; ISAIAH MICHAEL RODERICK, a/k/a "Izzy"; and MARVIN NELSON, a/k/a "Unc", a/k/a "Old School",<br><br>                    Defendants. | Case No. 3:19-cr-00112-TMB-DMS<br><br>**UNOPPOSED JOINT MOTION TO APPEAR BY VIDEO TELECONFERENCE BY MATTHEW MOI, KENNETH FORD, MYRICK ELLIOTT** |

Defendants, Mathew Moi, Kenneth Ford, and Myrick Elliot through their respective counsel, jointly move this Court to permit each of them to appear together by video teleconference ("VTC") at the evidentiary hearing now scheduled in this matter before the Court on March 15, 2021. Defendants MOI, FORD, and ELLIOTT (and Lamson Soneoulay, 3:20-cr-00021-TMB-DMS) are all housed at Goose Creek Correctional Center ("GCCC"). GCCC has indicated that they can put all four individuals in the same room

during the hearing and have them available in one place to watch the hearing together on one single connection.

Proceeding in this fashion will prevent the necessity of the Department of Corrections ("DOC") or the U.S. Marshals from having to transport or interact with these defendants. It will also avoid them losing their current placement at GCCC. If they leave GCCC for attendance at court, DOC may not place them back at the facility thereby risking their loss of property, medical care, programming, and other correctional conditions now in place for each of them at GCCC.

The criminal justice calendaring technician for GCCC has reserved a VTC unit and a block of time for calendaring of this hearing already. Counsel can provide the Court's scheduling clerk with the contact video IP address and arrangements should be in place if the Court grants this motion.

The government, through Assistant United States Attorney Kelly Cavanaugh, does not oppose this motion.

If the Court will not, or logistics prevent, the granting of this motion, then each of the above named Defendants consents to WAIVE his personal appearance in all respects at the evidentiary hearing and wishes to proceed through counsel alone without participating in the hearing in any respect so as not to be moved from GCCC.

//

//

//

DATED this 8th day of March, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 8, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*