TREG R. TAYLOR
ATTORNEY GENERAL

Matthias Cicotte (Alaska Bar No. 0811065)
Assistant Attorney General
State of Alaska, Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: matthias.cicotte@alaska.gov

Attorney for Department of Corrections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORDAN J. SHANHOLTZER, et al., )<br>)<br>Defendants. ) | Case No. 3:19-cr-00112-TMB-DMS<br><br>**NOTICE OF APPEARANCE** |

Assistant Attorney General Matthias Cicotte hereby enters his appearance as counsel on behalf of defendant Department of Corrections. All further pleadings in this case should be served on:

> Matthias Cicotte, Criminal Division Central Office,
> 1031 W. 4th Ave., Suite 200, Anchorage, AK 99501
> Email address: matthias.cicotte@alaska.gov

DATED: April 1, 2021.

>TREG R. TAYLOR
>ATTORNEY GENERAL
>
>By: /s/Matthias Cicotte/
>Assistant Attorney General
>AK Bar No. 0811065
>State of Alaska, Department of Law
>1031 W. 4th Ave., Suite 200
>Anchorage, AK 99501
>Telephone: 269-5190
>Facsimile: (907) 258-0760
>Email: matthias.cicotte@alaska.gov
>Attorney for Department of Corrections

Certificate of Service
I certify that on April 1, 2021 the foregoing **Notice of Appearance** was served electronically on:

All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Matthias R. Cicotte/
Assistant Attorney General