John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
fax: (907)-258-6419
email:jmmalaska@hotmail.com

Counsel for defendant Kenneth Ford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| KENNETH FORD, | ) |
| Defendant. | ) |

Case No 3:19-cr-00112

NOTICE OF FILING *ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE IN 3AN-21-04325CI AS DIRECTED AT DKT 299*

**Excludable delay statement.** A period of excludable delay under 18 USC 3161(h)(1)(D) will not occur as a result of the filing of this motion. As of the date of this motion, 32 days remain before trial must begin pursuant to the Speedy Trial Act. The Speedy Trial Act is tolled pursuant to the MGOs related to COVID19

   COMES NOW, Kenneth Ford, by and through his attorney, John M.

Murtagh , and provides this Court with an attached copy of the *ORDER*

*GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE* in 3AN-21-04325 CI.

Dated at Anchorage, Alaska this 1st day of June, 2021.

/s/John M. Murtagh
John M. Murtagh
Counsel for Kenneth Ford
Bar Number 7610119
1101 West 7th Avenue
Anchorage, Alaska, 99501
907-274-8664
Fax-907-258-6419
Email: jmmalaska@hotmail.com

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of this pleading was served electronically