IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

FILED in the TRIAL COURT
STATE OF ALASKA, THIRD DISTRICT
MAY 18 2021
Clerk of the Trial Courts
By_____

F. RICHARD CURTNER, D. SCOTT )
DATTAN, JOHN P. CASHION, R. )
JAMES CHRISTIE, MICHAEL A. )
MOBERLY AND JOHN and JANE DOES )
I through X, )
                              )
        Plaintiffs,     )   Case No.: 3AN-21-04325CI
                              )
vs.                           )
                              )
NANCY DAHLSTROM, )
COMMISSIONER, ALASKA )
DEPARTMENT OF CORRECTIONS, )
AND THE ALASKA DEPARTMENT OF )
CORRECTIONS, )
                              )
       Defendants.     )

## STIPULATION TO DISMISS WITHOUT PREJUDICE

All parties to this matter have entered into a stipulation to voluntarily dismiss this matter without prejudice, pursuant to Alaska Rule of Civil Procedure 41(a). Each party shall bear its own fees and costs.

                                                ASHBURN & MASON, P.C.

Date: May 18, 2021         By:   s/Jeffrey W. Robinson
                                                  Jeffrey W. Robinson on behalf of all Plaintiffs
                                                  Alaska Bar No. 0805038

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 • FAX 907.277.8235

By: s/Matthias R. Cicotte/
Matthias R. Cicotte, on behalf of all Defendants

SO ORDERED THIS 24th day of May, 2021, at Anchorage, Alaska

UNA S. GANDBHIR
Superior Court Judge

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served via email on May 18, 2021, on

Matthias R. Cicotte
Assistant Attorney General
matthias.cicotte@alaska.gov

By: s/Heidi A. Wyckoff
Heidi A. Wyckoff
heidi@anchorlaw.com

I certify that on 5/25/21 a copy of the following was mailed/faxed/hand-delievered to each of the following at their addresses of record.
Cicotte / Christie / Dutton / Cashion / Curtner / Moberly
Administrative Assistant

LAWYERS
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Tel 907.276.4331 • Fax 907.277.8235

STIPULATION TO DISMISS WITHOUT PREJUDICE
Curtner, et al v. Dahlstrom, 3AN-21-04325CI

Page 2 of 2

Case 3:19-cr-00112-TMB-DMS   Document 300-1   Filed 06/01/21   Page 2 of 2