Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax
Email: gary_colbath@fd.org

Counsel for Defendant Mathew Moi

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   vs.<br><br>JORDAN JEROME SHANHOLTZER, a/k/a "Two-3", a/k/a "23"; MATTHEW WILSON MOI, a/k/a "Matt Matt"; KENNETH ANTONIO KIARE FORD, a/k/a "Keyes", MYRICK ANTHONI ELLIOTT; ISAIAH MICHAEL RODERICK, a/k/a "Izzy"; and MARVIN NELSON, a/k/a "Unc", a/k/a "Old School",<br><br>                  Defendants. | Case No. 3:19-cr-00112-TMB-DMS<br><br>**DEFENDANT MATTHEW MOI'S MOTION TO CONTINUE TRIAL** |

      Based upon this motion, no further period of excludable delay under 18 U.S.C. § 3161(h) will occur in light of the fact that this case has previously been declared complex by the Court and that various MGOs regarding court operations both prior to the filing of this motion and currently in effect related to COVID delays have suspended time under the STA. However, to the extent further findings are necessary, delay as a result of the filing this motion should be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i), (ii) and (iv).

      Defendant, through counsel, Gary Colbath, Assistant Federal Defender, moves this

Court to VACATE the Final Pretrial Conference and Trial, now set for November 8, 2021.

Counsel further requests that the Court schedule a trial scheduling conference at the Court's convenience to discuss new trial dates.

The government, through Assistant United States Attorneys Kelly Cavanaugh and James Klugman, do not oppose this continuance request. Defendant Shanholtzer, through Counsel Scott Datten, does not oppose this request. Defendant Roderick, through Counsel Michelle Nesbitt, does not oppose this request. Defendant Ford, through Counsel, John Murtagh, DOES oppose this request. Defendant Nelson, through Counsel John Cashion, DOES oppose this request. And Defendant Elliot has plead and this request no longer pertains to him. A continuance is needed for the following reasons.

**Case Related Concerns**

As noted in Docket 233, this six-Defendant, multi-count case is complex. To date, Counsel for Defendant Moi has received over 40,000 pages of discovery, considerable audio interview files, hundreds of jail recordings, and volumes of cell phone extractions. More troublesome, and as outlined in his recently filed motion to compel discovery[1], Counsel expects to receive substantial additional discovery, expert witness notices, and forensic evidence all of which will necessitate further review, investigation, consultation and the hiring of defense experts. Much of this evidence relates directly to the most serious charges against Defendant Moi, Killing in Furtherance of a Continuing Criminal Enterprise and Use of a Firearm During Commission of a Crime of Violence.

---

[1] Docket No. 334.

Defendant's motion to compel needs to be litigated and more importantly further discovery needs to be provided prior to trial. Although the defense has a team of individuals, including experts and multiple attorneys, working on this matter, substantial investigation and preparation needs to be completed before trial. This work will only be compounded by the untimely disclosure of further discovery and government notices.

**Logistical Concerns**

As the Court is aware, jury trials within the District are currently suspended under MGO 21-18. COVID-19 numbers and local resource situations are worsening as opposed to getting better. The Alaska DOC recently suspended attorney visitation at its Anchorage facilities and policies are changing at other facilities with regularity making attorney-client contact cumbersome and delayed at best and impossible at times otherwise.

Assuming the conduct of trials were to recommence on October 4, 2021, trial in *U.S. v. Smith,* 16-00086-SLG is scheduled to begin October 18, 2021, and continue for approximately 4 weeks. The case at bar has five remaining co-defendants set for trial, at least three of whom are in custody. The United States Marshals office has advised that it does not have the staff the permit the conduct of both of these trials to run simultaneously even if the Court were to somehow be able to accommodate that. In the case at bar, no less than 30 individuals (attorneys, defendants, attorney staff/case agents, courtroom personnel, and U.S. Marshals) will be present at all times during trial, irrespective of witnesses, victims (representatives) jurors, spectators and others. Under the Court's recent prior direction, trial proceedings will be limited to one trial in the facility at a time, with further

limits on spacing and social distancing. In light of the current circumstances, trial as scheduled appears logistically impossible.

## CONCLUSION

Defendant Moi moves to continue. In light of the circumstances, the Court should set a trial scheduling conference to discuss potential issues with the parties and thereafter determine the proper schedule under which this matter can meaningfully proceed.

DATED this 20th day of September, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 21, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*